UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America          :
                                  :
        v.                        : Criminal Case No: 17-22 RBW
                                  :
Takisha Brown Dorsey              :
                                  :

**DEFENDANT'S SUPPLEMENT TO HER MEMORANDUM IN AID SENTENCING**

Comes now Takisha Brown Dorsey, Dorsey, by and through undersigned counsel, and supplements her memorandum in aid of sentencing, stating:

1. Dorsey is supplementing her memorandum in aid of sentencing by asking the Court to consider the attached letter, dated March 23, 2018, received from Dr. Bluhm, M.D.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
7600 Georgia Ave. N.W., # 203
Washington, D.C. 20012
202-223-4470, phone, 202-726-9060 fax
Grindstonelaw@aol.com

**Certificate of Service**

I certify that a copy of this supplement was sent, vie, by this Court's electronic email system to: Kendra Davis Briggs, AUSA, 555 4th Street, N.W., Washington, D.C. 20530, on this 26th day of March 2018.

*s/s Wendell C. Robinson*



RE:     TAKISHA BROWN

MRN: 4218095

DOB: May 17, 1975

**Message**

    March 23, 2018

        RE: Ms. Takish Brown

To Whom It May Concern:

Ms. Takisha Brown is the health care power of attorney and primary caregiver for her mother Ethel Brown.

Mrs. Ethel Brown had serious airway complications after neurosurgery on October 13, 2016. She is schedule for continuation of care due to neurosurgery. Mrs. Ethel Brown continues to have difficulties with her memory and cognition she will need ongoing day and night supervision. I am concern that Mrs. Ethel Brown will not have a full time caregiver if her daughter cannot remain with her mother to provide the care she so severely needs.

On February 22, 2018 during her third surgery there was an enlarge mass discovered in her right kidney porta. Mrs. Ethel Brown is schedule for ongoing Renal Cell Carcinoma treatment.

I am respectfully asking that Ms. Takisha Brown remain in her mother presence to help preserve her mother's life as it is vital to her care.

Please don't hesitate to contact me should you need any further questions.

Sincerely,

Elizabeth Bluhm MD
DC License # 037109 (expires 12/31/18)
Board Certified in Internal Medicine (expires 2023)

**Signatures**
Electronically signed by: Elizabeth Bluhm, MD| MPH| FACP: DC-MD037109: March 23 2018 11:30AM EST (Author)

2300 M Street, NW Suite 910   •   Washington, DC 20037 •  202-677-6990